**IN THE STATE COURT OF DEKALB COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| Sequoya S. Carter,<br><br>Plaintiff,<br><br>v.<br><br>Publix Super Markets, Inc.; Shavonia F. Frank; John Doe; & XYZ Corporations 1-4<br><br>Defendant. | CIVIL ACTION<br>FILE NO.: 24A03583 |

**JURY TRIAL DEMANDED**

**COMPLAINT**

COMES NOW Sequoya S. Carter, Plaintiff, and makes and files this complaint against co-Defendant, PUBLIX SUPER MARKET, INC. (hereafter "Publix") co-Defendant, Shavonia F. Frank (hereafter "Frank"), John Doe; & XYZ Corporations 1-4, as follows:

**NATURE OF ACTION**

1.

This claim involves a serious personal injury sustained by Plaintiff as a result of a fall on July 1, 2022, at co-Defendant's Publix located at 2235 Glenwood Ave SE, Atlanta, GA 30316 (DeKalb County), where co-Defendant Frank was the Customer Service Manager at the time. Plaintiff alleges that co-Defendants negligently failed to warn of a known hazard, or a hazard that should have been known, resulting in an unsafe condition. The unsafe condition and lack of

STATE COURT OF
DEKALB COUNTY, GA.
6/18/2024 3:40 PM
E-FILED
BY: Monica Gay

any warning exposed the Plaintiff to an enhanced risk and hidden danger that was known or should have been known to co-Defendants. The unsafe condition and lack of any warning caused Plaintiff's fall. Plaintiff suffered serious injuries to her spine, which resulted in the need for serious surgical procedures, along with other injuries described below. Plaintiff was an able-bodied woman at the time of the fall. Plaintiff's entire life has been altered and compromised because of this fall. Plaintiff seeks compensation for special and general damages sustained because of Defendants' negligence.

**PARTIES AND JURISDICTION**

2.

Plaintiff, Sequoya S. Carter, resides at 127 Memorial Court, Lawrenceville, GA 30046, and is subject to the jurisdiction of this court.

3.

Co-Defendant PUBLIX SUPER MARKET, INC. (Florida) is a foreign corporation organized under the laws of Florida, with its principal place of business in Florida, authorized to transact business in the State of Georgia, having its registered agent for service of legal process listed with the Secretary of State of Georgia as Corporate Creations Network Inc., 2985 Gordy Parkway, 1st Floor, Marietta, GA, 30066 (Cobb County), and is subject to the jurisdiction of this court.

4.

Co-Defendant FRANK is, upon information and belief, a citizen of the State of Georgia. At all times relevant, co-Defendant Frank held managerial responsibility as Customer Service Manager, including the maintenance and safety of the Subject Premises at the Subject Area on the Subject Date. At all times relevant, co-Defendant Frank was acting in the course and scope of

her employment for co-Defendant Publix. Service of process may be perfected upon Co-defendant Frank at the following address: 6206 Giles Rd., Lithonia, GA 30058-5322.

5.

Co-Defendants "XYZ CORPORATIONS 1-4" and "John Doe" are unknown corporations or individuals operating business at the Subject Premises which owned, operated, managed, and/or were responsible for the maintenance and safety of the Subject Premises including, without limitation, those companies that performed janitorial, security, and/or maintenance services and/or implemented, oversaw, managed, and/or directed said services at the Subject Premises. Co-Defendants XYZ 1-4 and/or John Doe are subject to the jurisdiction and venue of this Court and will be named and served with the Summons and Complaint once their identities are revealed.

6.

Co-Defendants are all subject to the jurisdiction of this Court, and venue is proper in this Court pursuant to O.C.G.A. §14-2-510.

**BACKGROUND**

7.

On July 1, 2022, plaintiff was an invitee at Publix, located at 2235 Glenwood Ave SE, Atlanta, GA 30316, to shop for groceries.

8.

Plaintiff lost her balance and fell on a slippery, wet substance on the floor near checkout number nine (9) and the customer service desk.

9.

There were no wet floor signs, cones or any other warnings in the subject area of the slippery wet substance at the time of the fall.

10.

Co-Defendants had exclusive ownership, possession and/or control over Publix located at 2235 Glenwood Ave SE, Atlanta, GA 30316, at all times relevant to this litigation.

11.

As a result of her fall, Plaintiff suffered injuries to her lumbar spine, cervical spine, right shoulder, right ribs, and head.

**COUNT 1**

**PREMISES LIABILITY**

12.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 8 above as if fully restated.

13.

Plaintiff was an invitee on the premises at the time of the fall.

14.

Co-Defendants owed a nondelegable duty of reasonable care in keeping the premises safe for invitees such as Plaintiff.

15.

Co-Defendants were negligent in one or more of the following particulars: failing to properly inspect the area where the fall occurred, failing to remove the hazard from the floor, failing to take adequate measures to protect invitees from substances on the floor, and/or failing to keep the premises safe for invitees.

16.

Co-Defendants' negligence was the proximate cause of plaintiff's injuries.

**COUNT 2**

**NEGLIGENT TRAINING & SUPERVISION**

17.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 13 above as if fully restated.

18.

Co-Defendants were negligent in failing to adopt appropriate policies and procedures to make sure that appropriate inspections, cleaning, and maintenance were performed on the premises and in failing to train its employees concerning safety procedures for inspecting, cleaning and maintaining the premises.

19.

Co-Defendants were negligent in training and supervising its staff.

20.

As a result of co-Defendant's negligence in training and supervising its employees, Plaintiff was injured on the premises.

WHEREFORE, Plaintiff prays that she have a trial on all issues and judgment against defendant as follows:

(a) That plaintiff recover the full value of past and future medical expenses and past and future lost wages in an amount to be proven at trial;

(b) That plaintiff recover for mental and physical pain and suffering and emotional distress in an amount to be determined by the enlightened conscience of the jury;

(c) That plaintiff recover such other and further relief as is just and proper;

(d) That all issues be tried before a jury.

Respectfully submitted this 18th day of June, 2024.

HENDRICK & HENRY LAW

/s/ Joseph K. Henry
JOSEPH K. HENRY
Attorney for Plaintiff
Ga. Bar No.: 341101

215 N. McDonough St.
Decatur, GA, 30030
770-464-6275
joe@hendrickhenrylaw.com

STATE COURT OF
DEKALB COUNTY, GA.
6/18/2024 3:40 PM
E-FILED
BY: Monica Gay